

**IT IS ORDERED as set forth below:**

**Date: November 10, 2015**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| STEVEN C. SMITH, | ) | CASE NO. 10-89420-PWB |
| | ) | |
| DEBTOR. | ) | |

**ORDER REOPENING CASE**

This matter arises on the United States Trustee's Motion to Reopen (Dkt. No. 80) (the "Motion"). Good cause appears for granting the Motion. Accordingly, it is hereby

ORDERED that the Motion is *granted* and this case is *reopened*; and it is further

ORDERED that the filing fee is waived or deferred until the estate collects sufficient funds to pay the fee; and it is further

ORDERED that the United States Trustee shall appoint a trustee to serve in this case; and it is further

ORDERED that the Clerk shall serve a copy of this order upon all parties listed on the mailing matrix for this case.

[END OF DOCUMENT]

Prepared by:

s/ *Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404)-331-4437
jeneane.treace@usdoj.gov