

**IT IS ORDERED as set forth below:**

**Date: November 10, 2015**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| STEVEN C. SMITH, | ) | CASE NO. 10-89420-PWB |
| | ) | |
| DEBTOR. | ) | |

**ORDER REOPENING CASE**

This matter arises on the United States Trustee's Motion to Reopen (Dkt. No. 80) (the "Motion"). Good cause appears for granting the Motion. Accordingly, it is hereby

ORDERED that the Motion is *granted* and this case is *reopened*; and it is further

ORDERED that the filing fee is waived or deferred until the estate collects sufficient funds to pay the fee; and it is further

ORDERED that the United States Trustee shall appoint a trustee to serve in this case; and it is further

ORDERED that the Clerk shall serve a copy of this order upon all parties listed on the mailing matrix for this case.

[END OF DOCUMENT]

Prepared by:

s/ *Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404)-331-4437
jeneane.treace@usdoj.gov

United States Bankruptcy Court
Northern District of Georgia

In re:  
Steven C Smith  
    Debtor

Case No. 10-89420-pwb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: Hallc      Page 1 of 2      Date Rcvd: Nov 10, 2015  
Form ID: pdf466      Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2015.

```
db            +Steven C Smith,    380 Majestic Cove,    Alpharetta, GA 30004-4566
aty           +C. L. Scarver & Associates, LLC,    P.O. Box 672587,    Marietta, GA 30006-0044
aty           +Cathy L. Scarver,    C. L. Scarver & Associates, LLC,    P. O. Box 672587,
                Marietta, GA 30006-0044
aty           +Deetric M. Hicks,    Johnson & Freedman, LLC,    1587 Northeast Expressway,
                Atlanta, GA 30329-2401
aty           +Gina Micalizio,    P. O. Box 88644,    Atlanta, GA 30356-8644
aty           +John Alan Moffa,    Moffa, Bonacquisti & Brewer PLLC,    1776 N Pine Island Rd #102,
                Plantation, FL 33322-5200
aty           +John D. Schlotter,    Aldridge Pite, LLP,    Fifteen Piedmont Center Suite 500,
                3575 Piedmont Rd., NE,    Atlanta, GA 30305-1623
aty            John T. Vian,    Smith, Gambrell & Russell, LLP,    Suite 3100, Promenade II,
                1230 Peachtree Street, NE,    Atlanta, GA 30309-3592
aty           +Richard H. Siegel,    Aldridge Pite, LLP,    Suite 500 - Fifteen Piedmont Center,
                3575 Piedmont Road, NE,    Atlanta, GA 30305-1623
tr            +Cathy L. Scarver,    P. O. Box 672587,    Marietta, GA 30006-0044
intp          +Chittranjan (Chuck) Thakkar,    6050 Peachtree Industrial Blvd.,    Norcross, GA 30071-1311
13594757      +Alpharetta Athletic Club,    3430 Hwy Nine,    Alpharetta, GA 30004-4328
13594758      +American Express,    PO Box 36000,    Ft. Lauderdale, FL 33336-0001
15341502       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13657411      +Berkeley Electric Cooperative,    Po box 128,    Johns Island, SC 29457-0128
13594762      +David Mobley,    Smith Gambrell & Russell,    Ste 3100 Promenade II,    1230 Peachtree St. NE,
                Atlanta, Ga 30309-3592
13594763       Good Carson,    147 W. Comstock Ave. #100,    Winter Park, FL 32789
13594765      +James Balletta,    Gray Robinson PA,    301 East Pine St., STe 1400,    Po Box 3068,
                Orlando, FL 32802-3068
13657409      +Kiawah Island Community Assoc., Inc.,    23 Beachwalker Dr.,    Kiawah Island, SC 29455-5652
13657412       Kiawah Island Utility,    31 Sora Rail Rd., Kiawah Island,    Johns Island, SC 29455
13594767      +Rogers Townsend & Thomas,    220 Executive Center Dr. sTe 109,    Po Box 100200,
                Columbia, SC 29202-3200
13594769      +USAA Credit Card,    10750 McDermott Fwy,    San Antonio, tX 78288-1600
13594770     ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court: Wachovia,    PO box 740502,    Atlanta, GA 30374)
13594760      +Wells Fargo,    PO box 660455,    Dallas, TX 75266-0455
13594771      +Wells Fargo,    Po box 96074,    Charlotte, NC 28296-0074
13594773      +Wells Fargo,    PO box 530554,    Atlanta, GA 30353-0554
15264357      +Wells Fargo Bank, N.A.,    c/o Smith, Gambrell & Russell, LLP,    Attn: John T. Vian, Esq.,
                1230 Peachtree Street, N.E., Suite 3100,    Atlanta, GA 30309-3592
13630963      +Windswept Villas I Horizontal Property Regime,    c/o Krawcheck & Davidson LLC,
                Nine State Street,    Charleston, SC 29401-3008
13594775      +Zwicker & Associates,    80 Minuteman Rd.,    Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Nov 10 2015 21:38:59
                Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                Atlanta, GA 30303-3315
cr              E-mail/Text: bankruptcy@bbandt.com Nov 10 2015 21:38:18      BB & T,    P.O. Box 1847,
                Wilson, NC   27894
13594761       +E-mail/Text: bankruptcy@bbandt.com Nov 10 2015 21:38:18      BB&T,    Po Box 580048,
                Charlotte, NC 28258-0048
13657410       +E-mail/Text: CENBSR_Bankruptcy@cable.comcast.com Nov 10 2015 21:40:20      Comcast,
                4400 Belle Oaks Dr.,    North Charleston, SC 29405-8511
13768226        E-mail/Text: brnotices@dor.ga.gov Nov 10 2015 21:38:31      GA. Dept. of Revenue,
                1800 Century Center Blvd. NE,    Atlanta, GA 30345
15455837        E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2015 21:41:54      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13768227        E-mail/Text: brnotices@dor.ga.gov Nov 10 2015 21:38:31      Georgia Dept. of Revenue,
                Bankruptcy Section,    P. O. Box 161108,    Atlanta GA 30321
13594764       +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2015 21:42:40      HH Gregg,    PO box 960061,
                Orlando, FL 32896-0061
15302899        E-mail/Text: cio.bncmail@irs.gov Nov 10 2015 21:38:01      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
13594766       +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2015 21:42:41      Lowe's,    Po box 530914,
                Atlanta, GA 30353-0914
16631722        E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2015 21:41:24      Midland Funding LLC,
                By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
16631723        E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2015 21:42:11
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13768229       +E-mail/Text: usagan.bk@usdoj.gov Nov 10 2015 21:39:00      U. S. Attorney,
                600 Richard B. Russell Bldg.,    75 Spring Street, SW,    Atlanta GA 30303-3315
13594768       +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Nov 10 2015 21:38:59      United States Trustee,
                Richard Russell Federal Building,    75 Spring St.,    Atlanta, GA 30303-3315
                                                                                              TOTAL: 14
```

```
District/off: 113E-9            User: Hallc                Page 2 of 2              Date Rcvd: Nov 10, 2015
                                Form ID: pdf466            Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Recovery Management Systems Corporation
13594759*       +American Express,    PO Box 36000,    Ft. Lauderdale, FL 33336-0001
15341503*        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13768228*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    P. O. Box 21126,
                   Philadelphia PA 19114)
13768225*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
16631733*        Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13768223*       +Wells Fargo,    PO Box 660455,    Dallas, TX 75266-0455
13594772*       +Wells Fargo,    PO box 660455,    Dallas, TX 75266-0455
13768224*       +Wells Fargo,    PO Box 96074,    Charlotte, NC 28296-0074
13594774*       +Wells Fargo,    Po Box 96074,    Charlotte, NC 28296-0074
cr             ##+Wells Fargo Dealer Services, Inc. f/k/a Wachovia D,    Aldridge Connors LLP.,
                   c/o John D. Schlotter,    Suite 600,    780 Johnson Ferry Road,    Atlanta, GA 30342-1439
                                                                                              TOTALS: 1, * 9, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2015                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2015 at the address(es) listed below:
          Cathy L. Scarver   on behalf of Trustee Cathy L. Scarver clsallc@bellsouth.net,
           jeff@jeffkerrcpa.com
          Cathy L. Scarver    trusteescarver@bellsouth.net,
           ga06@ecfcbis.com;papc1@bellsouth.net;yolanda_clsa@bellsouth.net
          Deetric M. Hicks   on behalf of Creditor   Wells Fargo Dealer Services, Inc. f/k/a Wachovia
           Dealer Services, Inc. ECF_GA@rcolegal.com
          Gina  Micalizio   on behalf of Debtor Steven C Smith gmicalizio@bellsouth.net
          John Alan Moffa   on behalf of Interested Party Chittranjan (Chuck)  Thakkar john@mbpa-law.com,
           atty_ellison@trusteesolutions.com,allusers@mbpa-law.com
          John D. Schlotter   on behalf of Creditor   Wells Fargo Dealer Services, Inc. f/k/a Wachovia
           Dealer Services, Inc. ecfganb@aldridgepite.com,  jschlotter@ecf.inforuptcy.com
          John T. Vian   on behalf of Creditor    WELLS FARGO BANK, N.A. jvian@sgrlaw.com
          Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
          Richard H. Siegel    on behalf of Creditor    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
           ecfganb@aldridgepite.com,  rsiegel@ecf.inforuptcy.com
          Richard H. Siegel    on behalf of Creditor    Mortgage Electronic Registration Systems, Inc.
           ecfganb@aldridgepite.com,  rsiegel@ecf.inforuptcy.com
                                                                                             TOTAL: 10
```